■ ANTONIO POLANCO, Appellant, v LEWIS FLUSHING CORP., Defendant/Third-Party Plaintiff-Respondent, et al., Defendants, et al., Third-Party Defendant. [937 NYS2d 860]

As the plaintiff correctly concedes, the sole argument he raises on appeal was not advanced before the Supreme Court. Contrary to the plaintiff's contention, his argument does not present a pure question of law that could not have been avoided if raised at the proper juncture (*see Matter of Panetta v Carroll*, 62 AD3d 1010 [2009]). Accordingly, his argument may not be reached for the first time on appeal (*see NYU Hosp. for Joint Diseases v Country Wide Ins. Co.*, 84 AD3d 1043, 1044 [2011]; *Pekich v James E. Lawrence, Inc.*, 38 AD3d 632, 633 [2007]). Mastro, A.P.J., Angiolillo, Balkin and Chambers, JJ., concur.